# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT C. TAYLOR,** | ) |
| | ) Civil Action No. 1:18-cv-00035-APM |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **FEDERAL AVIATION ADMINISTRATION** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants Federal Aviation Administration ("FAA"), and Daniel K. Elwell, Acting FAA Administrator,[1] in his official capacity, respectfully move this Court to dismiss Plaintiff's complaint for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted.  In accordance with the Court's Local Rules, this motion is accompanied by a statement of the specific points of law and authority that support the motion, and a proposed order.

Dated:  March 13, 2018                     Respectfully submitted,

                                            CHAD A. READLER
                                            Acting Assistant Attorney General

                                            JESSIE K. LIU
                                            United States Attorney

                                            JUDRY L. SUBAR
                                            Assistant Director, Federal Programs Branch

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Daniel K. Elwell is substituted for his predecessor, Michael P. Huerta, FAA Administrator.

1

        /s/  Daniel Riess
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6122
Washington, D.C.  20530
Tel: (202) 353-3098
Fax: (202) 616-8460
Daniel.Riess@usdoj.gov
*Attorneys for Defendants*